IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VUDU, INC., <br><br> Defendant. | C.A. No. _____ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

AND NOW, this _____ day of _____, 2019, upon consideration of Plaintiffs' Motion to File Under Seal ("Motion") and good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____
United States District Court