AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>9/24/2019 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>HELIOS STREAMING, LLC, and IDEAHUB, INC. | | DEFENDANT<br>VUDU, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

**AO 120 – Attachment Page**

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 10,027,736 | 7/17/2018 | Ideahub, Inc. |
| 2 | US 10,270,830 | 4/23/2019 | Ideahub, Inc. |
| 3 | US 10,277,660 | 4/30/2019 | Ideahub, Inc. |
| 4 | US 10,313,414 | 6/4/2019 | Ideahub, Inc. |
| 5 | US 10,356,145 | 7/16/2019 | Ideahub, Inc. |
| 6 | US 10,362,130 | 7/23/2019 | Ideahub, Inc. |
| 7 | US 10,375,373 | 8/6/2019 | Ideahub, Inc. |
| 8 | US 8,645,562 | 2/4/2014 | Ideahub Inc. |
| 9 | US 8,909,805 | 12/9/2014 | Ideahub Inc. |
| 10 | US 9,325,558 | 4/26/2016 | Ideahub Inc. |
| 11 | US 9,467,493 | 10/11/2016 | Ideahub Inc. |