IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VUDU, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:19-cv-01792-MN<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

　　IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiffs Helios Streaming, LLC and Ideahub, Inc., subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to November 18, 2019.

　　The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

Dated: October 17, 2019

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorney for Plaintiffs Helios Streaming, LLC, and Ideahub, Inc.*