IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREEMING, LCC and IDEAHUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VUDU, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 19-1792 (MN) ) ) ) ) ) ) |

**VUDU, INC.'S MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Vudu, Inc. ("Vudu") moves to dismiss the Complaint's assertions of indirect patent infringement for failure to state a claim. The grounds for this motion are set forth in Vudu's Opening Brief submitted herewith.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

OF COUNSEL:

Clement Seth Roberts
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700

Alyssa Caridis
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
(213) 629 2020

Lillian J. Mao
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614 7400

December 20, 2019

*/s/ Stephen J. Kraftschik*
_____
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREEMING, LCC and<br>IDEAHUB, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 19-1792 (MN)<br>)<br>) |
| VUDU, INC., | )<br>) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING VUDU, INC.'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Having considered Vudu, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim (the "Motion") and good cause appearing therefor, the Motion is hereby GRANTED.

SO ORDERED this ___ day of December, 2019.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2019, upon the following in the manner indicated:

Timothy Devlin, Esquire                                                                             *VIA ELECTRONIC MAIL*
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiffs*

                                                                              */s/ Stephen J. Kraftschik*
                                                                              _____
                                                                              Stephen J. Kraftschik (#5623)