# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VUDU, INC.,<br><br>    Defendant. | C.A. No. 1:19-cv-01792-CFC-SRF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Veronica M. Schad of Devlin Law Firm LLC on behalf of Plaintiffs Helios Streaming LLC and Ideahub, Inc.

Dated: July 21, 2020

DEVLIN LAW FIRM LLC

*/s/ Veronica M. Schad*
Timothy Devlin (No. 4241)
Veronica M. Schad (No. 6734)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
vschad@devlinlawfirm.com

*Attorneys for Plaintiffs Helios Streaming, LLC, and Ideahub, Inc.*