IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1792-CFC-SRF |
| VUDU, LLC, | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) | |
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 19-1978-CFC-SRF |
| SHOWTIME DIGITAL INC., and SHOWTIME NETWORKS INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO ISSUE A LETTER OF REQUEST AND A <u>LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE</u>**

Pursuant to Federal Rule of Civil Procedure 28(b), Defendants Vudu, LLC, Showtime Digital Inc., and Showtime Networks Inc. respectfully move this Court to execute and issue: (1) the attached Letter of Request for International Judicial Assistance ("Letter of Request") (Exhibit 1[1]) pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial matters, directed to the Republic of Korea to compel testimony of named inventors located in

---

[1] The exhibit numbers herein refer to exhibits to Defendants' Brief in Support filed contemporaneously herewith.

Korea; and (2) the attached Letter Rogatory (Exhibit 2), directed to Japan to compel testimony of a named inventor located in Japan. Translations of the Letter of Request and Letter Rogatory (collectively, "Letters"), and their accompanying exhibits, will be submitted next week.[2] In executing the Letters, Defendants respectfully request that the Court sign the Letters with the Court's seal.

The grounds for this Motion are set forth in Defendants' Brief in Support filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL:<br>Steven Lieberman<br>Sharon L. Davis<br>Jennifer B. Maisel<br>Brian S. Rosenbloom<br>Nicole DeAbrantes<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>(202) 783-6040 | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (No. 1014)<br>Andrew M. Moshos (No. 6685)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>amoshos@morrisnichols.com<br>*Attorneys for Defendant Vudu, LLC* |

---

[2] When Defendants indicated to the Court on the February 24, 2021 teleconference that they would be filing the motion this week, Defendants understood that the certified translations of the relevant papers would be completed in time. However, the translators require more time than they originally anticipated. Defendants will submit a letter to the Court attaching the translated documents for the Court to sign as soon as the translations are complete at some point next week.

| | |
|---|---|
| OF COUNSEL:<br>Edward R. Reines<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175<br>(650) 802-3000<br><br>William Sutton Ansley<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>(202) 682-7018<br><br>Dated: March 5, 2021 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendants Showtime Digital Inc. and Showtime Networks, Inc.* |